## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARCO ENRIQUE TORRES, JR.,** | ) | **CASE NO. 4:13CV3027** |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| **ROBERT HOUSTON,** | ) | |
| Respondent. | ) | |

Marco Enrique Torres, Jr., has submitted a pro se habeas corpus petition challenging his conviction for kidnaping and other crimes. The death penalty is not involved in that case. However, Mr. Torres was sentenced to death in another case, and the kidnaping conviction may have been used as an aggravating factor in that death penalty case. Presently, Mr. Torres has not yet challenged the death penalty case in this court. Under the foregoing circumstances,

IT IS ORDERED that:

1. The Clerk shall randomly assign the pending (non-death penalty) habeas petition to one of the judges in the death penalty habeas corpus docket;

2. If a subsequent habeas petition is filed challenging the death penalty case, that petition shall be assigned to the same judge drawn pursuant to paragraph 1 above; and

3. The pro se staff attorneys are *not* assigned to work on the cases mentioned in paragraphs 1 and 2 above. On the contrary, the judge to whom these cases are assigned shall use his or her chambers staff to process these cases

DATED this 7th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge